**Fill in this information to identify the case:**

Debtor 1: Taishia T Rice

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number: 18-63656-sms

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 0 4

**Property address:** 1952 Bridgestone Circle
Number    Street

Conyers    GA    30012
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 01/01/20-06/01/21 9 @$1,510.76 + 9 @$1,522.92    (a) $ 27,303.12

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 27,303.12

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    01/01/2020
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Taishia T Rice | Case number (if known) | 18-63656-sms |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ Signature: /s/ Mark A. Baker

Date: 07 / 01 / 2021

Print: Mark A. Baker
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
Number   Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone: (404) 474 - 7149

Email: mbaker@mtglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Taishia T Rice
1952 Bridgestone Circle
Conyers, GA 30012

**Via CM/ECF electronic service:**

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

N Whaley, Interim Ch.13 Trustee
Interim Standing Ch.13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Dated: July 1, 2021

                                       Respectfully submitted,
                                       /s/ Mark A. Baker
                                       Mark A. Baker, GA Bar No. 33840
                                       MCMICHAEL TAYLOR GRAY, LLC
                                       3550 Engineering Drive, Suite 260
                                       Peachtree Corners, GA 30092
                                       Telephone: (404) 474-7149
                                       Facsimile: (404) 745-8121
                                       E-mail: mbaker@mtglaw.com



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 01/01/20 | 1,047.07 | 463.69 | 1,510.76 | Payment listed in POC |
| 10/01/20 | 1,047.07 | 475.85 | 1,522.92 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | RICE |
| Date Filed: | 8/14/2018 |
| BK Case # | 18-63656 |
| First Post Petition Due Date: | 9/1/2018 |
| POC covers: | |
| MOD EFFECTIVE DATE: | 1/1/2020 |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 1/30/2020 | $1,510.76 | Post | 1/1/20 | 1/1/20 | $1,510.76 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/11/2020 | $392.41 | Post | | | | $392.41 | $392.41 | | $392.41 | | | | $0.00 | $0.00 | | |
| 2/13/2020 | | Reversal | | | $1,510.76 | -$1,510.76 | | | $392.41 | | | | $0.00 | $0.00 | | |
| 2/14/2020 | | Reversal | | | | $0.00 | | $392.41 | $0.00 | | | | $0.00 | $0.00 | | |
| 3/6/2020 | $1,510.76 | Post | 1/1/20 | 1/1/20 | $1,510.76 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/20/2020 | | Reversal | | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 5/15/2020 | $1,510.76 | Post | 1/1/20 | 1/1/20 | $1,510.76 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/1/2020 | | Reversal | | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| POST DUE | | | 1/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 2/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 3/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 4/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 5/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 6/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 7/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 8/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 9/1/20 | | $1,510.76 | -$1,510.76 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 10/1/20 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 11/1/20 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 12/1/20 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 1/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 2/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 3/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 4/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 5/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |
| | | | 6/1/21 | | $1,522.92 | -$1,522.92 | | | $0.00 | | | | $0.00 | $0.00 | | |